UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN PADILLA,<br><br>    Petitioner,<br><br>    v.<br><br>CDCR,<br><br>    Respondent. | No. CV 13-7275-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 30, 2013   _____
                            STEPHEN V. WILSON
                            United States District Judge